1  JAMES DAL BON
   CA BAR #157942
   DAL BON AND WANG
2  12 S FIRST STREET #613
   SAN JOSE, CA 95113
3  ATTORNEY FOR PLAINTIFF



**Filed**

OCT 2 9 2007

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTONIO BRAVO, | Case No. C07 05518 |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. |  |
| CYBER SOLUTIONS INTERNATIONAL CORPORATION, PAUL SRIDHAR, and DOES 1-10 |  |
| Defendants |  |

Plaintiff demands a jury trial.

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 11