**\*E-FILED\***
**February 8, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BRAVO, | No. C 07-05518 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CYBER SOLUTIONS INTERNATIONAL CORPORATION, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for February 20, 2008 at 2:30 p.m. has been continued to **February 27, 2008 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than February 20, 2008. The parties shall file a joint Case Management Conference Statement no later than February 20, 2008.

Dated: February 8, 2008

                                              For the Court,
                                              RICHARD W. WEIKING, Clerk

                                              By:   /s/ Martha Parker Brown
                                                              Courtroom Deputy Clerk

United States District Court
For the Northern District of California

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 James Dal Bon    jdblaw@earthlink.net

3 **AND A COPY WAS MAILED TO:**

4 Sveltana M Shirinova
785 Market Street
5 16th Floor
San Francisco, CA 94103