THIS IS TO CERTIFY THAT COPIES OF THIS CLERK'S NOTICE HAVE BEEN MAILED TO:

Martin Zurada

Sveltana M. Shirinova

785 Market Street

16th Floor

San Francisco, CA 94103

Dated: February 22, 2008                                Richard W. Wieking, Clerk

                                                  By:___/s/_____

                                                     Martha Parker Brown,

                                                       Courtroom Deputy