UNITED STATES DISTRICT COURT
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                                     408.535.5364


**February 21, 2008**

**CASE NUMBER:  CV 07-05518 RS**
**CASE TITLE:  ANTONIO BRAVO-v-CYBER SOLUTIONS INTERNATIONAL**
**CORPORATION, ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 02/21/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 02/21/08 tsh



CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA