MARTIN ZURADA (STATE BAR NO. 218235)
SVETLANA M. SHIRINOVA (STATE BAR NO. 236411)
785 Market Street, 16th Floor
San Francisco, CA 94103
Phone: (415) 947-0703
Fax:   (415) 947-0733

Attorneys for Defendant,
CYBER SOLUTIONS INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BRAVO,<br><br>  Plaintiff,<br>vs.<br><br>CYBER SOLUTIONS INTERNATIONAL CORPORATION, PAUL SRIDHAR, and DOES 1 - 10,<br><br>  Defendants. | Case No. C07-05518<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff and Defendant file this Joint Case Management Conference Statement

**DESCRIPTION OF THE CASE:**

1. A brief description of the events underlying the action:

Plaintiff ANTONIO BRAVO was employed by defendant CYBER SOLUTIONS INTERNATIONAL CORPORATION as a fork lift operator between November 2005 and July 2007. Plaintiff alleges that defendants committed various wage and hour violations during his employment including:

(a) failure to pay overtime wages (Cal. Labor Code § 510);

(b) violations of Fair Labor Standards Act (29 USC § 201 et seq.)

(c) failure to pay wages due and waiting time penalties (Cal. Labor Code § 201 and §203)

      (d) unfair business practices act (Cal. Bus. & Prof. Code §17200 et seq.)

      (e) inadequate pay statements (Cal. Labor Code § 226)

2.   The principal factual issues which the parties dispute:

      (a)  The number of hours plaintiff worked;

      (b)  Overtime wages paid to plaintiff; and

      (c)  Identity and involvement of defendant Paul Sridhar in plaintiff's employment with defendant Cyber Solutions.

3.   The principal legal issues which the parties dispute:

      (a)  Whether defendants are subject to FLSA;

      (b)  Whether plaintiff was an "exempt" employee;

      (c)  Whether plaintiff is entitled to waiting time penalties under Labor Code § 203; and

      (d)  Whether plaintiff can recover against defendants under Cal. Bus. & Prof. Code §17200 et seq.;

      (e)  Whether plaintiff can recover against defendants under Labor Code § 226; and

      (f)  Whether defendant Paul Sridhar is personally liable for any action by defendant Cyber Solutions.

4.   The other factual issues which remain unresolved: None at this time.

5.   The parties which have not been served and why: defendant Paul Sridhar because defendant Cyber Solutions is unaware of his existence.

6.   The additional parties which the below-specified parties intend to join and the intended time frame for such joinder: Plaintiff will join Defendants who had control over the work and pay of Plaintiff.

7.   The parties have not consented to assignment of this case to a United States Magistrate Judge for jury trial.

**ALTERNATIVE DISPUTE RESOLUTION**

8.   The parties filed a Notice of Need for ADR Phone Conference and the phone

conference was held on or is scheduled for: Not applicable.

9. Other information regarding ADR process or deadline: Both Parties agree to participate in the Court sponsored mediation.

**DISCLOSURES**

10. The parties certify that they have made the following disclosures: Plaintiff and Defendants have not yet exchanged their Initial Disclosure Statements pursuant to Rule 26. We will exchange initial before or at the Case Management Conference.

**DISCOVERY**

11. Defendants propose following discovery plan:

   (a) Each party may take up to three depositions.
   (b) Each party shall be entitled to propound written interrogatories per the federal rules;
   (c) Each party may propound requests for production of documents or things per the federal rules;
   (d) Each party may propound requests for admissions per the federal rules;
   (e) Fact discovery cutoff 60 days before trial;
   (f) Expert disclosures and reports due 60 days before trial;
   (g) Experts rebuttal reports 45 days before trial;
   (f) Expert deposition to be completed 30 before trial;
   (g) Last day of hearing on dispositive motions 15 days before trial;
   (h) The parties agree to meet and confer concerning any modifications to this plan.

**TRIAL SCHEDULE**

12. Defendants request a trial date in winter of 2008.
13. Defendants expect that the trial will last for 2 days.

Dated: February _29, 2008

```
 1
 2
 3
 4
 5                                    _____
                                      JAMES DAL BON
 6                                    Attorney for Plaintiffs
                                      LAW OFFICES OF JAMES DAL BON
 7
 8
 9
10
11
12
13                                    _____
14
                                      SVETLANA SHIRINOVA
15                                    Attorney for Defendants
                                      CYBER SOLUTIONS
16                                    INTERNATIONAL CORPORATION
17
18
19
20
21
22
23
24
25
26
27
28
```

BRAVO v. CYBER SOLUTIONS INTERNATIONAL CORPORATION            Page 4
DEFENDANTS' CASE MANAGEMENT STATEMENT