ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

April 28, 2008

**VIA E-FILING ONLY**

James Dal Bon
The Law Offices of James Dal Bon
28 North 1st Street, Suite 210
San Jose, CA 95113
408-297-4729

Martin Zurada
Svetlana Magerram Shirinova
785 Market Street, 16th Floor
San Francisco, CA 94103
415-947-0703

Re:  Bravo v. Cyber Solutions International Corporation
     Case No. C 07-05518 JW

Dear Counsel:

The ADR Program would like to convene a conference call with a member of it's legal staff to discuss ADR.  We would like to schedule this for **Monday, May 6, 2008 at 10:00 a.m.**   Plaintiff's office should initiate the call to all participants then call the ADR Conference Line 415-522-4603.  If you are unavailable at the date/time suggested, please contact the other participants and provide me with three alternate dates/times available during the same week for rescheduling the call.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator