```
JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Bravo<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>Cyber Solutions International Corp et al,<br><br>　　　Defendants, | Case No: 07-05518 JW<br><br>NOTICE OF STIPULATED VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(A)(ii) |

1)   The Plaintiff and Defendant hereby stipulate to dismiss the aforementioned case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

\\\

\\\

1  Dated: July 1, 2008

2
      Digitally signed by James Dal Bon
3     Date: 2008.07.01 10:08:38 -07'00'

4  _____

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

7

8

9

10 Dated: *July 1, 2008*

11

12 *Svetlana Shirinose*
13

14 Svetlana Magerram Shirinova
   785 Market Street 16th Floor
15 San Francisco, CA 94103
   415 947 0703
16 Fax: (415) 947-0733
   Email: gradient@sbcglobal.net
17

18

19

20

21

22

23

24

25

Dated: July 1, 2008

*[signature]* Digitally signed by James Dal Bon
Date: 2008.07.01 10:08:38 -07'00'

James Dal Bon for the Plaintiff

Law Offices of James Dal Bon

Dated:

_____

Svetlana Magerram Shirinova
785 Market Street 16th Floor
San Francisco, CA 94103
415 947 0703
Fax: (415) 947-0733
Email: gradient@sbcglobal.net