JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

Attorney for Plaintiff

**GRANTED**
*Judge James Ware*
7/10/2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Antonio Bravo

    Plaintiffs,

vs.

Cyber Solutions International Corp et al,

    Defendants,

) Case No: 07-05518 JW
)
)
)
)
) NOTICE OF STIPULATED VOLUNTARY
) DISMISSAL RULE OF FEDERAL CIVIL
) PROCEDURE
) 41(a)(1)(A)(ii)
)
)
)
)
)
)
)

1)   The Plaintiff and Defendant hereby stipulate to dismiss the aforementioned case under

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

\\\

\\\

Stipulated Dismissal - 1

Dated: July 1, 2008

Digitally signed by James Dal Bon
Date: 2008.07.01 10:08:38 -07'00'

James Dal Bon for the Plaintiff

Law Offices of James Dal Bon

Dated: July 1, 2008

*Svetlana Shirinose*

Svetlana Magerram Shirinova
785 Market Street 16th Floor
San Francisco, CA 94103
415 947 0703
Fax: (415) 947-0733
Email: gradient@sbcglobal.net

**IT IS SO ORDERED:**

The case is dismissed with prejudice. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: July 10, 2008

*James Ware*
United States District Judge

Stipulated Dismissal - 2

1  Dated: July 1, 2008

   Digitally signed by James Dal Bon
Date: 2008.07.01 10:08:38 -07'00'

James Dal Bon for the Plaintiff

Law Offices of James Dal Bon

Dated:

Svetlana Magerram Shirinova
785 Market Street 16th Floor
San Francisco, CA 94103
415 947 0703
Fax: (415) 947-0733
Email: gradient@sbcglobal.net

Stipulated Dismissal - 2